IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sami Farraj,

    Petitioner(s),

vs.

Attorney General, et al.,

    Respondent(s).

Case Number: 1:18cv102

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 26, 2018(Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 10, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, the petitioner has been released and has obtained the relief that was requested in the petition. Therefore, the respondents' motion to dismiss (Doc. 4) is GRANTED. The petition is DISMISSED as moot.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court